

U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

October 25, 2023

Mr. Mark J. Langer
Clerk of the Court
U.S. Court of Appeals for the
  District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue N.W.
Washington, DC 20001

    Case: *Afghan & Iraqi Allies v. Blinken*, No. 23-5025
          Oral Argument Scheduled for November 3, 2023 (Courtroom 31)
          Panel: Chief Judge Srinivasan and Circuit Judges Pillard and Katsas

    Re:    Notice of Supplemental Authority

Dear Mr. Langer:

    Consistent with their earlier notice to the Court of August 16, 2023, Appellants write to advise the Court of the State Department's publication of the congressionally-mandated Fiscal Year 2023 third quarter reports for the Afghan and Iraqi Special Immigrant Visa programs.[1] *See* Appellants' Opening Br. 25–27 (discussing the relevance of these congressional reports and why the Court should take judicial notice). In particular, the new reports reflect that for that quarter, the total average processing time for the Afghan SIV program was 366 days and the

---

[1] U.S. Dep't of State, *Report of the Afghan SIV Program–October 2023*, https://travel.state.gov/content/dam/visas/SIVs/Afghan-Public-Quarterly-Report-Q3-October-2023.pdf; *Report of the Iraqi SIV Program–October 2023*, https://travel.state.gov/content/dam/visas/SIVs/Iraqi-Public-Quarterly-Report-Q3-October-2023.pdf.

total average processing time for the Iraqi SIV program was 452 days (and 14 days once the 12 longest-pending cases are excluded).

Appellants would be grateful if you would provide copies of this letter to the panel.

Sincerely,

/s/ Ruth Ann Mueller
Ruth Ann Mueller
Office of Immigration Litigation
U.S. Department of Justice

*Counsel for Appellants*

cc:   all counsel of record (via CM/ECF)