# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 23-5025
2. DATE DOCKETED: 01-31-2023
3. CASE NAME (lead parties only): Afghan & Iraqi Allies  v.  Blinken
4. TYPE OF CASE:  ☒ District Ct -  ⦿ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ○ Yes  ⦿ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.     Bankruptcy Court Docket No.     Tax Court Docket No.
      Civil Action 1:18-cv-01388     Bankruptcy                      Tax
      Criminal                       Adversary
      Miscellaneous                  Ancillary
   b. Review is sought of:
      ☐ Final Order    ☒ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Tanya S. Chutkan                        Magistrate Judge Moxila A. Upadhyaya
   d. Date of order(s) appealed (use date docketed): 11-30-2022   e. Date notice of appeal filed: 01-30-2023
   f. Has any other notice of appeal been filed in this case?  ⦿ Yes  ○ No   If YES, date filed: 06-22-2022
   g. Are any motions currently pending in trial court?  ○ Yes  ⦿ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ⦿ Yes  ○ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number? ⦿ Yes  Appeal # 22-5183, 20-5251  ○ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ⦿ No  If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?   ○ Yes  ⦿ No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ⦿ Yes  ○ No   If so, provide program name and participation dates
   The parties participated in settlement discussions between October 2021 and March 2022

Signature /s/ Sean L. King                        Date 03-06-2023
Name of Party Defendants-Appellants
Name of Counsel for Appellant/Petitioner Sean L. King
Address U.S. Dep't of Justice, Office of Immigration Litigation, PO Box 868, Ben Franklin Station, Washington DC 20044
Phone ( 202 ) 353-9369       Fax ( 202 ) 305-7000

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2023, I electronically filed the foregoing with the Clerk of this Court by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

s/ *Sean L. King*  
SEAN L. KING