[NOT YET SCHEDULED FOR ORAL ARGUMENT]

# No. 23-5025

## IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, *on their own and on behalf of others similarly situated*,

*Plaintiffs-Appellees*,

v.

ANTONY J. BLINKEN, *in his official capacity as Secretary of the United States Department of State*, *et al.*,

*Defendants-Appellants*.

## DEFENDANTS-APPELLANTS' STATEMENT OF ISSUES

Defendants-Appellants expect to the raise the following issues:

1. Whether the district court erred by holding, under Federal Rule of Civil Procedure 54(b), that Defendants-Appellants are unreasonably delaying the adjudication of class members' special-immigrant visa applications.

2. Whether the district court erred by refusing, under Federal Rule of Civil Procedure 60(b), to terminate the injunction against Defendants-Appellants and by ordering further proceedings, including discovery.

1

Dated: March 6, 2023　　　　　　　　Respectfully submitted,

BRIAN M. BOYNTON
　*Principal Deputy*
　　*Assistant Attorney General*

WILLIAM C. PEACHEY
　*Director*

YAMILETH G. DAVILA
　*Assistant Director*

STEVEN A. PLATT
　*Senior Litigation Counsel*

　*s/ Sean L. King*　　　　　　　
SEAN L. KING
　*Trial Attorney*
　*Office of Immigration Litigation*
　*Civil Division*
　*U.S. Department of Justice*
　*P.O. Box 868, Ben Franklin Station*
　*Washington, DC 20044*
　*(202) 353-9369*
　*sean.king@usdoj.gov*

RUTH ANN MUELLER
　*Trial Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2023, I electronically filed the foregoing with the Clerk of this Court by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

 s/ *Sean L. King*
SEAN L. KING